Louis A. Gonzalez, Jr., State Bar No. 157373
Darrin M. Menezes, State Bar No. 202729
**weintraub** genshlea chediak
law corporation
400 Capitol Mall, 11th Floor
Sacramento, CA  95814
(916) 558-6000 – Main
(916) 446-1611 – Facsimile

Attorneys for Plaintiff, California Law Enforcement Association

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA LAW ENFORCEMENT ASSOCIATION, a California non-profit mutual benefit association,<br><br>Plaintiff,<br><br>vs.<br><br>MARION B. ANDERSON, an individual,<br><br>Defendant. | Case No.: 2:09-CV-03569-FCD-DAD<br><br>**STIPULATION AND ORDER RE: EXTENSION OF TIME TO FILE RESPONSE TO COMPLAINT** |

Plaintiff California Law Enforcement Association ("CLEA"), by and through its counsel of record, and Defendant Marion B. Anderson ("Anderson"), hereby submit the following stipulation and proposed order to extend the time for Anderson to respond to the Complaint.

WHEREAS, CLEA filed the Complaint in the above-captioned case on December 23, 2009;

WHEREAS, the Court issued an Order Requiring Joint Status Report on December 24, 2009 requiring CLEA to complete service of process on Anderson within one hundred and twenty (120) days of the filing of the Complaint;

WHEREAS, the Complaint was personally served on Anderson on April 12, 2010 and proof of service of the Complaint was filed with the Court on April 14,

2010;

WHEREAS, the Parties are engaged in settlement negotiations and have stipulated and agreed to extend the time for Anderson to respond to the Complaint to May 28, 2010.

THEREFORE, CLEA, through its counsel of record, and Anderson hereby stipulate and agree as follows:

1. Anderson shall have up to and including May 28, 2010 in which to file a responsive pleading to the Complaint.

IT IS SO STIPULATED.

Dated: April 30, 2010

**weintraub** genshlea chediak
law corporation

By: /s/ Louis A. Gonzalez, Jr.
Louis A. Gonzalez, Jr.
Attorneys for Plaintiff California Law Enforcement Association

Dated: April 30, 2010

By: /s/ Marion B. Anderson
Marion B. Anderson

**ORDER**

IT IS SO ORDERED.

Dated: May 3, 2010

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE